UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONNIE FISHER,

        Plaintiff,

    v.

MICHAEL P. RANDLE, GREGORY SCHWARTZ,
SHERRY BENTON, KATHREEN DEEN, BRETT A.
KLINDWORTH, HILL, B. PICKERY, W. HARRIS,
EDWARDS, DAVID ALVIS, and CAROL A.
MCBRIDE,

        Defendants.

Case No. 10-cv-610-JPG

## JUDGMENT

      This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

      IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Donnie Fisher's claims
against defendants Kathreen Deen, David Alvis, Edwards, Hill and B. Pickery are dismissed
without prejudice;

      IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Donnie Fisher's claims
against defendants Gregory Schwartz, W. Harris, Michael P. Randle and Sherry Benton are
dismissed with prejudice; and

      IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of
defendants Brett A. Klindworth and Carole A. McBride and against plaintiff Donnie Fisher.

**DATED: October 25, 2011**      **NANCY J. ROSENSTENGEL, Clerk of Court**

                                    **By:s/Deborah Agans, Deputy Clerk**

**Approved:**     <u>s/ J. Phil Gilbert</u>
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**